UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Perry T. Christy,

       Plaintiff,                             Case No. 10-12585

v.                                         Hon. Nancy G. Edmunds

Chevron Corporation, a Delaware corporation,
and Mellon Investor Services LLC, a New Jersey
limited liability company,

       Defendants.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Plaintiff's motion for summary judgment is DENIED, Defendants' motion for summary judgment is GRANTED, and the case is hereby DISMISSED WITH PREJUDICE.

      SO ORDERED.


                           s/Nancy G. Edmunds
                           Nancy G. Edmunds
                           United States District Judge

Dated: October 20, 2011

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 20, 2011, by electronic and/or ordinary mail.

                           s/Carol A. Hemeyer
                           Case Manager