UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Perry T. Christy,

       Plaintiff,                                Case No. 10-12585

v.                                                Hon. Nancy G. Edmunds

Chevron Corporation, a Delaware corporation,
and Mellon Investor Services LLC, a New Jersey
limited liability company,

       Defendants.
_____/

## JUDGMENT

       The Court having reviewed and fully considered the pleadings filed by the parties, the Magistrate Judge 's Report and Recommendation, and any objections thereto in accordance with 28 U.S.C. §636(b)(1), and the Court further having made a de novo determination of those portions of the Report and Recommendation to which objections may have been made; and for the reasons set forth in an Order dated October 20, 2011, and filed herein;

       The Report and Recommendation of the Magistrate Judge is hereby accepted and adopted as the findings and conclusions of the Court.

       IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's motion for summary judgment is DENIED, Defendants' motion for summary judgment is GRANTED, and the case is hereby DISMISSED WITH PREJUDICE.

       SO ORDERED.

                                              s/Nancy G. Edmunds
                                              Nancy G. Edmunds
                                              United States District Judge

Dated:  October 20, 2011

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 20, 2011, by electronic and/or ordinary mail.

                                              s/Carol A. Hemeyer
                                              Case Manager